Entered on Docket September 4, 2024

**Below is the Order of the Court.**



**Christopher M. Alston
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:
CRAIG RICHARD DIBBLE and
AMY GAYLENE DIBBLE,

Debtors.

IN CHAPTER 13 PROCEEDING
No. 18-14868-CMA

EX PARTE
ORDER DIRECTING THE TRUSTEE
TO DISBURSE FUNDS

THIS MATTER came before the Court on the Trustee's *Ex Parte* Motion for an order directing him to disburse funds. Based on the agreement of the parties, it is

Now, therefore, it is ORDERED that:

1. The Trustee shall disburse the $3,000.00 received on or about July 1, 2024 and the $950.00 received on or about July 16, 2024 pursuant to the terms of the debtors' confirmed plan (as modified by ECF No. 60).

///End of Order///

Presented by:

*/s/ Kristin D. Bowen*, WSBA #46688 for
Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Approved:

*/s/ Rochelle Shuffield*  [approved by email]
Rochelle Shuffield, WSBA #41591
Attorney for debtors

ORDER APPROVING POST-
CONFIRMATION MODIFICATION OF
PLAN - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282